UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 03-5826 (MJD/JGL)

Bremer Business Finance Corporation, a
Minnesota Corporation,

        Plaintiff,

**ORDER OF DISMISSAL**

v.

General Electric Company, a New York
Corporation,

        Defendant.

Based upon the Stipulation of Dismissal with Prejudice executed by the parties hereto through their attorneys of record and filed with this Court,

IT IS HEREBY ORDERED:

The above-captioned matter is hereby dismissed in accordance with the stipulation of the parties.

Dated: April 12, 2006

By the Court:

s / Michael J. Davis
Honorable Michael J. Davis
United States District Judge